UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GEORGE COLLINS, et al.,

    Plaintiffs,

v.

COUNTY OF SAN MATEO, et al.,

    Defendants.

Case No. 16-cv-05629-TEH

**ORDER RE: PLAINTIFFS' SUGGESTED ORDER CONCERNING JUVENILE DEPENDENCY RECORDS**

At the February 6, 2017 case management conference, Plaintiffs' counsel suggested that the parties might request an order from this Court concerning records in the state court juvenile dependency proceeding related to this action. Defendants' counsel expressed some unease in stipulating to such a request, and the Court instructed Plaintiffs' counsel to submit proposed language for the Court's review.

The Court has now reviewed that proposed language, ECF No. 33, and does not, in the absence of any authority, find such an order to be appropriate at this time.[1] The parties may, however, raise this suggestion again in their next joint case management conference statement if they have not yet received the requested documents by that time.

**IT IS SO ORDERED.**

Dated: 02/08/17

                                                _____
THELTON E. HENDERSON
United States District Judge

---

[1] Plaintiffs' counsel offered at the case management conference to submit case law along with the proposed stipulation, but he did not do so.