UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE COLLINS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN MATEO, et al.,<br><br>    Defendants. | Case No. 16-cv-05629-TEH<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO REASSIGN SETTLEMENT JUDGE** |

At the July 31, 2017 case management conference, the parties agreed to a settlement conference before Magistrate Judge Laurel Beeler. Two days later, Defendants filed an administrative motion seeking reassignment to a different magistrate judge "because another matter involving the County Counsel's office is currently pending before Magistrate Judge Beeler." ECF No. 50 at 2. Plaintiffs timely opposed the motion.

The Court agrees with Plaintiffs that Defendants' stated reason does not present good cause for reassignment. On the other hand, settlement efforts may be hindered if one side objects to the assigned judge. In this instance, and in this instance only, the Court therefore GRANTS Defendants' administrative motion. This matter shall be reassigned for a settlement conference before a randomly selected magistrate judge. No further reassignments will be made.

**IT IS SO ORDERED.**

Dated: 08/07/17

_____
THELTON E. HENDERSON
United States District Judge