ROBERT R. POWELL, SBN 159747
SARAH E. MARINHO, SBN 293690
POWELL & ASSOCIATES
925 West Hedding Street
San Jose, California 95126
T: (408) 553-0201 F: (408) 553-0203
E: rpowell@rrpassociates.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE COLLINS, et al., | Case No. 16-cv-05629-EMC |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO AMEND CASE MANAGEMENT AND PRE-TRIAL ORDER FOR JURY TRIAL** |
| vs. | |
| COUNTY OF SAN MATEO, et al., | |
| Defendants. | |

**RECITALS**

The parties, through counsel, appeared on 10/3/17 for a Scheduling Conference with the Court. As a result, the Court filed a Case Management And Pre-Trial Order For Jury Trial (Dkt. 58 – "Pre-Trial Order") specifying typical pre-trial orders regarding discovery cut-off dates, expert report exchange dates, trial, etc.

Counsel consulted thereafter, and based on a significant travel plan of Defendants' Counsel Mr. Levy in the month of May 2018, and a rather difficult alignment in the original Pre-Trial Order of the opening Expert Reports being due the same date as the Fact Discovery Cut-off (4/19/18), Counsel are jointly stipulating, and asking this Court to agree to amend the Pre-Trial Order as set forth in the attached submission (Exhibit A) of a completed and ready-

1

Stipulation of the Parties and [Proposed] Order re: Amend Pre-Trial Order
Collins, et al. v. County of San Mateo, et al.
U.S. District Court – Northern District
Case No. 16-cv-05629-TEH

for-filing version of an Amended Case Management And Pre-Trial Order For Jury Trial.

In the attached version, the following changes were made;

1 – The Non-Expert Discovery Cut-off moved from 4/19/18 to 3/9/18

2 – Exchange of Expert opening reports moved from 4/19/18 to 3/23/18

3 – Exchange of Expert rebuttal reports moved from 5/10/18 to 4/13/18

4 – Expert Discovery Cut-Off moved from 5/31/18 to 5/3/18

**IT IS SO STIPULATED**

Dated: October 24, 2017         __/s/ Robert R. Powell_____
                                Robert R. Powell
                                Attorney for Plaintiffs

Dated: October 24, 2017          _/s/ David A. Levy_____
                                David A. Levy, Deputy County Counsel
                                Attorney for Defendants

Pursuant to L.R. 5-1(i)(3), the filer of this document attests that he has received the concurrence of this signatory to file this document.

## [PROPOSED] ORDER

The Court hereby adopts the Stipulation of the parties hereinabove, and orders the Amended Case Management And Pre-Trial Order For Jury Trial as attached to this Stipulation be signed and filed, replacing the Pre-Trial Order at Docket #58, as the operative Case Management And Pre-Trial Order For Jury Trial.

**IT IS SO ORDERED**

Dated: October 25, 2017         _____
                                HON. EDWARD M. CHEN
                                U.S. DISTRICT COURT JUDGE

2
Stipulation of the Parties and [Proposed] Order re: Amend Pre-Trial Order
Collins, et al. v. County of San Mateo, et al.
U.S. District Court – Northern District
Case No. 16-cv-05629-TEH