ROBERT R. POWELL, SBN 159747
SARAH E. MARINHO, SBN 293690
POWELL & ASSOCIATES
925 West Hedding Street
San Jose, California 95126
T: (408) 553-0201
F: (408) 553-0203
E: rpowell@rrpassociates.com

Attorney for Plaintiffs

JOHN C. BEIERS, COUNTY COUNSEL (SBN 144282)
David A. Levy, Deputy (SBN 77181)
Kimberly A. Marlow, Deputy (SBN 130342)
400 County Center, 6th Floor
Redwood City, CA 94063
Telephone: (650) 363-4756
Facsimile: (650) 363-4034
E-mail: dlevy@smcgov.org

Attorneys for Defendants
COUNTY OF SAN MATEO, CAROLINE BRACAMONTE,
DIANA DAMROSCH AND HELEN MCCLAIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE COLLINS, KORNELIA COLLINS, individually and as Guardian Ad Litem for S.C. [minor],<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN MATEO, DIANA DAMROSCH, CAROLINE BRACAMONTE, HELEN MCCLAIN and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 16-CV-05629-EMC(EDL)<br><br><br><br>STIPULATION AND [PR~~OPOS~~ED] ORDER TO DISMISS THE ACTION PURSUANT TO F.R.C.P. 41<br><br><br>Status Conference Date: May 31, 2018<br>Time: 10:30 a.m.<br>Hon. Edward M. Chen |

1

| | | |
|---|---|---|
| 1 | **IT IS HEREBY STIPULATED** by and between the parties to this action through their | |
| 2 | designated counsel that above-captioned action, be and hereby is dismissed with prejudice pursuant | |
| 3 | to Federal Rules of Civil Procedure, Rule 41(a)(1).  Each side shall bear their own attorney's fees | |
| 4 | and costs. | |

    I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature /S/ within this e-filed document.

POWELL & ASSOCIATES

DATED:  April 25, 2018    By:    _____/S/_____
    ROBERT R. POWELL

Attorneys for Plaintiffs


DATED: April 25, 2018    COUNTY OF SAN MATEO,
OFFICE OF THE COUNTY COUNSEL

\_\_\_\_\_/S/_____
DAVID A. LEVY
Attorneys for County Defendants
And County of San Mateo

**ORDER**

**IT IS SO ORDERED.**

Dated: 5/15/2018

*IT IS SO ORDERED*
*Judge Edward M. Chen*